Joseph McDonnell, appellant, v. Bernard Bauman and Amelia Bauman, appellees. Gen. No. 26,289.

Action for money due under a written contract growing out of

the sale of real estate. Judgment for defendants on an instructed verdict. Appeal from the County Court of Cook county; the Hon. Ray Sesler, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Sinden, Hassell & Osusky, for appellant; Fred W. Story, of counsel. Samuel B. Hill, for appellees.

Mr. Justice Matchett delivered the opinion of the court.